STATE OF NEW JERSEY v. DAVID TUCKER.

September 2, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. GABRIELLE AUDIO, t/a CRAZY EDDIE.

September 2, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. MARCUS HAYES.

September 2, 1981.

Petition for certification denied.

JAMES R. MONTAGNA, INC. v. EXXON COMPANY, U.S.A.

September 2, 1981.

Petition for certification denied.